**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT BRITTON,**

           **Plaintiff,**

-vs-                                          Case No. 6:06-cv-592-Orl-28JGG

**COMMISSIONER OF SOCIAL SECURITY,**

           **Defendant.**

## ORDER

This case is before the Court on Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment (Doc. No. 7) filed August 9, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 24, 2006 (Doc. No. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment is treated as a motion for summary judgment and is **GRANTED.**

3. The Clerk is directed to enter judgment in favor of Defendant and to thereafter close this file.

DONE and ORDERED in Chambers, Orlando, Florida this __12__ day of September, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party