UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT BRITTON,

               Plaintiff,

-vs-                                            Case No. 6:06-cv-592-Orl-28UAM

COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for Relief from Judgment (Doc. No. 13) filed October 17, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 5, 2008 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Relief from Judgment is **GRANTED** and Plaintiff's Complaint is reinstated.

    3.    Also before the Court is the unopposed Motion to Remand filed by the Commissioner of Social Security (Doc. No. 21). The motion is **GRANTED** and this case is

remanded to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. §§ 205(g) and 1631(c)(3) for further administrative action.

4.    The Clerk is directed to administratively close this file until after completion of the remanded proceedings.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27__ day of February, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party