**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT BRITTON,**

                **Plaintiff,**

**-vs-**                                              **Case No.  6:06-cv-592-Orl-28GJK**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO AFFIRM THE COMMISSIONER'S DECISION SUBSEQUENT TO REMAND AND FOR ENTRY OF JUDGMENT (Doc. No. 31)** |
| **FILED:** | **May 16, 2011** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

On February 28, 2008, the case was remanded to the Commissioner of Social Security (the "Commissioner") pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings.  Doc. No. 22.  On May 16, 2011, the Commissioner filed a Motion to Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment (the "Motion").  Doc. No. 31.  Attached to the Motion is the Commissioner's final decision of March 3, 2009, finding

Robert Britton (the "Plaintiff") not disabled. Doc. No. 31-1. The Commissioner complied with Local Rule 3.01(g) and states that Plaintiff does not oppose the relief requested in the Motion. Doc. No. 31 at 1. Accordingly, it is recommended that the Court:

1. GRANT the Motion (Doc. No. 31) as unopposed;

2. Enter Judgment in favor of the Commissioner; and

3. Direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal. If the parties have no objection to this report and recommendation, they may promptly file a joint notice of no objection.

Recommended in Orlando, Florida on May 19, 2011.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy