**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT BRITTON,**

        **Plaintiff,**

**-vs-**                                             **Case No. 6:06-cv-592-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

# ORDER

This case is before the Court on Defendant's Motion to Affirm the Commissioner's Decision Subsequent to Remand and Entry of Judgment (Doc. No. 31) filed May 16, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 19, 2011 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Affirm the Commissioner's Decision Subsequent to Remand and Entry of Judgment (Doc. No. 31) is **GRANTED** as unopposed.

3. Judgment is hereby entered in favor of the Commissioner of Social Security.

4.	The Clerk of the Court is directed to enter judgment as set forth above and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___9th___ day of June, 2011.

Copies furnished to:

United States Magistrate Judge

Counsel of Record

JOHN ANTOON II
United States District Judge